# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | CASE NO. 1:08-cv-00594-OWW-SMS PC |
| Plaintiff, | ORDER STRIKING MOTION |
| v. | (Doc. 10) |
| CDC, et al., | |
| Defendants. | |

On June 2, 2008, Plaintiff Ernest Miller, a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action, filed a motion for an order mandating the return of his legal property. This action was dismissed on May 9, 2008, for failure to state a claim upon which relief may be granted. This closed case provides no basis upon which Plaintiff may seek an order for the return of his legal property. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006).

The motion is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   June 14, 2008**          /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

1