# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER,<br><br>            Plaintiff,<br><br>    v.<br><br>CDC, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:08-cv-00594-OWW-SMS PC<br><br>ORDER DENYING MOTION, WITH PREJUDICE<br><br>(Doc. 12)<br><br>ORDER THAT ANY FURTHER POST-JUDGMENT MOTIONS THAT LACK MERIT WILL BE ADDRESSED THROUGH SUMMARY DENIAL BY TEXT ORDER |

On October 7, 2008, Plaintiff, a state prisoner who was proceeding pro se in this civil rights action, filed a motion that is entitled as an attempt at objecting to the recommendation that this action be dismissed.

The Magistrate Judge did not issue a recommendation for dismissal in this case. This action was dismissed directly by the undersigned on May 9, 2008, because Plaintiff was improperly challenging his continued retention in state custody in a civil rights action. Wilkinson v. Dotson, 544 U.S. 74, 81-2, 125 S.Ct. 1242, 1248 (2005).

The body of Plaintiff's motion is not a motion for reconsideration of the dismissal or an attempt to object to a recommendation for dismissal. Rather, once again Plaintiff is attempting to obtain an order from this Court for the return of his property. The Court already addressed that issue in an order filed on June 16, 2008. Plaintiff is not entitled to an order in this action for the return of his property. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464,

471, 102 S.Ct. 752, 757-58 (1982); <u>Jones v. City of Los Angeles</u>, 444 F.3d 1118, 1126 (9th Cir. 2006).  No further improper post-judgment motions will be addressed except through summary denial by text order.   Accordingly, it is HEREBY ORDERED that:

     1.    Plaintiff's motion is denied, with prejudice; and

     2.    Any future post-judgment motions that lack merit will be addressed through summary denial by text order.

IT IS SO ORDERED.

**Dated:   October 19, 2008**　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE