# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CDC, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　／ | CASE NO. 1:08-cv-00594-OWW-SMS PC<br><br>ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT<br><br>(Doc. 14) |

This action was dismissed on May 9, 2008, without prejudice, for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983. 28 U.S.C. § 1915A. On November 17, 2008, Plaintiff, a state prisoner who was proceeding pro se, filed a motion for relief from judgment and a notice of appeal.

Pursuant to Federal Rule of Civil Procedure 60(b), the Court may relieve a party from final judgment for the specific reasons enumerated in the Rule or for any other reason that justifies relief. Relief under this latter provision requires the moving party to "demonstrate both injury and circumstances beyond his control that prevented him from proceeding with the action in a proper fashion." Harvest v. Castro, 531 F.3d 737, 749 (9th Cir. 2008) (internal quotations and citation omitted). The "Rule is to be used sparingly as an equitable remedy to prevent manifest injustice and is to be utilized only where extraordinary circumstances prevented a party from taking timely action to prevent or correct an erroneous judgment." Id. (internal quotations and citation omitted).

///

///

1    Plaintiff asserts only that he could not retrieve his legal property to produce "proper cause
2 for this action." (Doc. 14, p. 2.) Plaintiff has not shown any grounds entitling him to relief from
3 judgment, and the motion is THEREFORE DENIED.

IT IS SO ORDERED.

**Dated:    December 2, 2008**              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE