# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, JR., | CASE NO. 1:08-cv-00594-OWW-SMS PC |
| Plaintiff, | ORDER STRIKING FILINGS |
| v. | (Docs. 19 and 21) |
| CDC, et al., | |
| Defendants. | |

Plaintiff Ernest Miller, Jr. is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was dismissed on May 9, 2008, for failure to state a claim under section 1983.

On December 11, 2008, Plaintiff filed a motion seeking eighteen million dollars, and on March 26, 2009, Plaintiff filed evidence relating to exhaustion of the administrative remedies. The filings, which are not appropriate given the dismissal of this case and which do not have any legal merit, are HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   March 30, 2009**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

1