# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | CASE NO. 1:08-cv-00594-OWW-SMS PC |
| Plaintiff, | ORDER DENYING MOTION, WITH PREJUDICE |
| v. | (Doc. 25) |
| CDC, et al., | |
| Defendants. | |

This civil rights action was dismissed, without prejudice, for failure to state a claim upon which relief may be granted on May 9, 2008. <u>Wilkinson v. Dotson</u>, 544 U.S. 74, 81-2, 125 S.Ct. 1242, 1248 (2005) (claim challenging fact of or duration of incarceration is barred under 42 U.S.C. § 1983 absent prior invalidation).

On October 13, 2009, Plaintiff's untimely appeal of the judgment was dismissed for lack of jurisdiction, and Plaintiff's timely appeal of the Court's order denying his motion for reconsideration and for the return of his legal property was affirmed.

On November 16, 2009, Plaintiff filed a motion which is entitled as one for reconsideration. In the motion, Plaintiff seeks a jury trial, money damages, and release from custody in his motion, and references a settlement agreement.

Plaintiff appears to misunderstand the appellate court's order as meaning he prevailed and is now entitled to further relief in this court. Plaintiff is misinformed. The Court's orders denying Plaintiff's motions for reconsideration and for the return of his property were affirmed, which means

///

1

the orders were upheld on appeal.  The appellate court ruled against Plaintiff, entitling him to no further relief.

This action is over, and there is no further relief available to Plaintiff.  Any further filings in this action by Plaintiff will be futile and will not be considered.  Plaintiff's motion is HEREBY DENIED, WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   November 19, 2009**            /s/ Oliver W. Wanger
                                                         UNITED STATES DISTRICT JUDGE